UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS,<br><br>Plaintiff,<br>v.<br><br>DICK ROMAINE et al.,<br><br>Defendants. | CASE NO. 3:26-cv-05998-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel, recommending dismissal of pro se Plaintiff Marshall Allen Coats' claims without leave to amend, and denial of Mr. Coats' motion to proceed *in forma pauperis* ("IFP"). Dkt. No. 5 at 7. Objections were due by October 12, 2026. *Id.* Coats has not filed any objections. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee's note to the 1983 addition (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Having reviewed the R&R and the remainder of the record, and in the absence of any objections by Mr. Coats, the Court hereby finds that there is no clear error on the face of the record and ORDERS:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 5.
2. The case is DISMISSED without leave to amend for failure to state a claim upon which relief can be granted.
3. Mr. Coats' motion to proceed IFP is denied. Dkt. No. 4.
4. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).
5. The Clerk is directed to send copies of this Order to Mr. Coats at his last known address and to Judge Christel.

Dated this 22nd day of October, 2026.

Lauren King
United States District Judge